

**FILED**
OCT 28 2003
UNITED STATES
BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

IN RE: LEOPOLDO & LENA BERMUDEZ       CASE # 2-01-04070 - SSC

ORDER TO RELEASE UNCLAIMED FUNDS

IT APPEARING THAT, AN AMOUNT OF $ 4,074.34 constituting unclaimed funds due to LEOPOLDO &LENA BERMUDEZ, Debtor in the above referenced case, are being held in the Court's registry account of Unclaimed funds or on deposit with the United States Treasury according to Title 11 of the U.S. Code, section 347 (a).

IT ALSO APPEARING THAT Keys Research, Attorney-in-fact for Leopoldo & Lena Bermudez has furnished all necessary documentation and otherwise has complied with the requirements for release of unclaimed funds, including all applicable provisions of 28 U.S.C. Section 2042. A Power of Attorney granting authority to petition the court to collect funds on behalf of the above referenced creditor has been filed.

THEREFORE, IT IS HEREBY ORDERED THAT, the Clerk of Court shall pay the unclaimed funds in the amount of $4,074.34 to the order of the following:

Leopoldo & Lena Bermudez
c/o Keys Research
23630 SE 440th St.
Enumclaw, WA 98022

Dated: Oct. 28, 2003

United States Bankruptcy Judge